UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMAD TAVAKKLY,<br>         Plaintiff,<br><br>    V.<br>MITSUBISHI MOTIORS CORP.,<br>         Defendants. | Case No.  CV-05-2379-JF/PVT<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

    The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on Friday, Janaury 6, 2006 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues an ORDER TO SHOW CAUSE to be heard on Friday, February 10, 2006 at 10:30  a.m. as to why this action should not be dismissed for failure to prosecute.  If  Plaintiff does not file a response to the ORDER TO SHOW CAUSE by February 3, 2006, demonstrating why the case should not be dismissed, the Court  will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: January 11, 2006

(s/electronic signature authorized)
_____
JEREMY FOGEL
United States District Judge